PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

THOMAS M. FORSYTH III
Assistant United States Attorney
Arizona State Bar No. 026513
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Thomas.Forsyth@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ✓ COPY

APR 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-08034-PCT-JJT (MTM) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) |
| Jeffrey Phillip Gentner, | (Engaging in the Business Without a License (Firearms)) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or between March 4, 2014 and February 14, 2019, in the District of Arizona, the defendant, JEFFREY PHILLIP GENTNER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

///
///
///
///
///
///

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 14, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona


/s/
THOMAS M. FORSYTH III
Assistant U.S. Attorney